JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK R. FINNEGAN, | Case No.: CV 17-976 DSF (DFMx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| CITY OF DANA POINT, et al. | |
| Defendants. | |

The Court having ordered that the complaint be dismissed without leave to amend, IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants may apply for payment of just costs under 28 U.S.C. § 1919.

Dated: 8/2/17

Dale S. Fischer
United States District Judge